IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERICA MOORE-JONES                                                    PLAINTIFF
Individually as parent and next friend of DEL MOORE

CASE NUMBER:

v.

**4:16CV00523 JLH**

ANTHONY TODD QUICK,                                                   DEFENDANT
Individually and in his official capacity

---

**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

COMES NOW Plaintiff by and through counsel of record with a response in opposition to Defendant's motion for summary judgment. As further detailed in the accompanying brief in support, this response presents two reasons why this Court should deny Defendant's motion for summary judgment.

1. **Defendant's use of the PIT maneuver was not objectively reasonable under the circumstances.** This Court should find that there

are genuine issues of material fact as to whether Defendant's use of the PIT maneuver under the circumstances was objectively reasonable.

2. **Defendant's use of the PIT maneuver was "malicious" as defined by Arkansas law.** This Court should find that there are genuine issues of material fact as to whether Defendant's use of the PIT maneuver under the circumstances was "malicious" as defined by Arkansas law.

3. Plaintiff hereby attaches and incorporates **Plaintiff's Exhibit 1**, memo from Darren Austin to Major Mike Foster, which was attached and an Exhibit to the depositions of Officer Todd Quick, Defendant's **Exhibit 1** and his Supervisor, Major John Michael Foster, Defendant's **Exhibit 6**.

**WHEREFORE** Plaintiff prays this Court enter an order denying Defendant's motion for summary judgment and for all other relief to which Plaintiff may be entitled.

    Respectfully submitted on December 5, 2017, on behalf of Plaintiff

By: /s/ James F. Swindoll
James F. Swindoll, ABA # 77131
**Law Offices of James F. Swindoll**
Attorneys at Law
212 Center Street, Suite 300
Little Rock, Arkansas  72201
(501) 374-1290
(501) 374-3857 (fax)

## **CERTIFICATE OF SERVICE**

I, James F. Swindoll, do hereby certify that a copy of the foregoing document has been served upon the following:

Mr. Patrick Hollingsworth  (**Attorney for Defendant**) at
323 Center Street, Suite 200
Little Rock, AR  72201-2610
patrick.hollingsworth@arkansasag.gov

via the CM/ECF system on December 5, 2017.

                                              /s/ James F. Swindoll
                                                James F. Swindoll, ABA # 77131