

# MEMORANDUM

TO: Major Mike Foster

FROM: Lieutenant Darran Austin

RE: Counseling on Officer Safety after Pursuit

DATE: November 23, 2015

On November 29, 2015 I met with Sgt. Todd Quick in my office around 3:00PM. A couple of the things discussed were in reference to his pursuit on November 7, 2015.

The first thing discussed was officer safety. I reminded him to not leave cover so quickly.

The second thing, I reminded him that even though our EVOC program is changed and we are using the PIT maneuver, be mindful of the people that may not feel safe to stop in that location and may be moving to what they feel is a safer location. I told him that the driver showed intent not to stop, but always keep that in mind. He agreed.


